UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANDRE MAURICE FRANCE**, Plaintiff, vs. **CORRECTIONAL OFFICER RICHARDS,** Defendant. | 2:24-CV-10372-TGB-PTM **ORDER TRANSFERRING CASE TO THE WESTERN DISTRICT OF MICHIGAN** |

Andre Maurice France, a Michigan prisoner without a lawyer confined at Parnall Correctional Facility, has filed a complaint raising a claim for violation of his rights under the Eighth Amendment. *See* 42 U.S.C. § 1983. His claim concerns his treatment by a correctional officer while he was housed at Carson City Correctional Facility.

A review of France's allegations shows that his case would have been brought more appropriately in the Western District of Michigan. 28 U.S.C. § 1391 governs venue in federal civil cases and provides that a civil action may be brought in either: (1) a judicial district in which any defendant resides; or (2) the district in which a substantial part of the events giving rise to the claim occurred. 28 U.S.C. § 1391(b). Carson City Correctional Facility located in Montcalm County, which is in the Western District of Michigan. 28 U.S.C. § 102(b). France further alleges that Richards, the sole defendant, is employed there, and that all the events forming the basis for his claim arose there.

1

If venue is improper in the district where a case is filed, a district court may transfer it to the appropriate district. 28 U.S.C. § 1406(a); *see also Sifuentes v. Pluto TV*, No. 23-cv-10129, 2023 WL 319929, at *1 (E.D. Mich. Jan. 19, 2023) ("Congress has instructed district courts to dismiss, or in the interest of justice transfer, a case filed in the wrong division or district. 28 U.S.C. § 1406(a).

Accordingly, **IT IS ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Western District of Michigan under 28 U.S.C. § 1406(a). The Court has not reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).

**SO ORDERED**, this 26th day of February, 2024.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge